**NOTE CHANGES MADE BY THE COURT**
**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK,<br>CHAPTER 7 TRUSTEE FOR<br>EAGAN AVENATTI, LLP,<br><br>                    Appellee. | Dist. Ct. Case Nos. 8:24-cv-00102-MCS,<br>8:24-cv-00105-MCS, 8:24-cv-00132-MCS (ECF No. 19 in 8:24CV102)<br><br>Bankr. Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. Nos. 8:20-ap-01059-SC, 8:20-ap-01060-SC, 8:20-ap-01150-SC |
| In re,<br><br>EAGAN AVENATTI, LLP,<br><br>                    Debtor. | Order Approving Stipulation and Dismissing Appeals Pursuant Fed. R. Bankr. P. 8023(a)<br><br>Hon. Mark C. Scarsi |
| RICHARD A. MARSHACK,<br>CHAPTER 7 TRUSTEE FOR<br>EAGAN AVENATTI, LLP,<br>                    Plaintiff,<br>v.<br>GALLO BUILDERS, INC., A<br>California Corporation,<br>                    Defendant. | |

1

On June 6, 2024, Appellant United States and Appellee Richard A. Marshack, Chapter 7 Trustee, filed a stipulation to dismiss Appeal Nos. 8:24-cv-00102-MCS, 8:24-cv-00105-MCS, and 8:24-cv-00132-MCS and specifying how costs are to be paid.

The Court, having considered the parties' stipulation and finding good cause, hereby APPROVES the Stipulation and ORDERS as follows:

1. Appeal Nos. 8:24-cv-00102-MCS, 8:24-cv-00105-MCS, and 8:24-cv-00132-MCS of the Bankruptcy Court's orders finding the United States in contempt and awarding fees under 11 U.S.C. § 105(a) are dismissed. **The Court directs the Clerk to file this order in all three cases and close the cases.**

2. Pursuant to Federal Rule of Bankruptcy Procedure 8021(b) and 28 U.S.C. § 2412(b), within 42 days after the date of entry of an order approving this stipulation, the United States will pay the Trustee's counsel $5,692 for fees incurred in connection with the Contempt Order Appeals. The United States will pay the Trustee $0.00 for costs. The United States shall pay any court fees that are due.

3. No further fees or costs shall be requested or allowed in connection with the appeals.

4. All other deadlines in these cases are vacated.

IT IS SO ORDERED.

Dated: June 12, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc:  Bankruptcy Court

2